14 F.3d 50
 Washington (Raymond E.)
v.
Westmoreland County Kranitz (Detective), Kuhns (Detective);
Washington (Raymond E.) v. Driscol (D.A.), Faye (Asst.
D.A.), Moshetti (Mag.), Delbane (Mag.), Jappalucci (Mag.),
Kuhns (Det.), Williams (Det.), Paden (Det.), Kranitz (Det.),
Marocci (Det.), Eckles (Det.), Brajdich (Chief)
 NO. 93-3179
 United States Court of Appeals,
Third Circuit.
 Nov 23, 1993
 
 Appeal From: W.D.Pa.,
 Ziegler, J.
 
 
 1
 AFFIRMED.